**Jennifer L. BUNCH, Plaintiff–Appellant,**

v.

**HENRICO COUNTY; VIRGINIA Department of Corrections, Defendants–Appellees.**

No. 03–6249.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2003.

Decided April 24, 2003.

Jennifer L. Bunch, Appellant Pro Se.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jennifer L. Bunch appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bunch v. Henrico County,* No. CA–02–1411–AM (E.D. Va. filed Jan. 21, 2003 & entered Jan. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*